NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DUAN E. ROBINSON,                     )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D17-2887
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
                                      )
_____ )

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Duan E. Robinson, pro se.


PER CURIAM.


          Affirmed.


CASANUEVA, SLEET, and LUCAS, JJ., Concur.